IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 FEB 28  P 4: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:06CV 192-mht |
| DEANNE L. HAYNES | ) | |
| | ) | |
| Defendant | ) | |

## COMPLAINT

The Plaintiff, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, for cause of action alleges:

1. The United States brings this civil action under the Federal Debt Collection Procedures Act of 1990, Title 28, United States Code, Section 3001(a), and common law.

2. This Court has jurisdiction over this action by virtue of Title 28, United States Code, Section 1345.

3. That the defendant, Deanne L. Haynes, is a resident of the Middle District of Alabama.

4. That the defendant owes plaintiff the total sum of $9,071.31 ($5,690.86 principal, interest in the amount of $3,360.45 and costs of $20.00, as of January 11, 2006), plus interest at the rate of 6.1 percent per annum thereafter until the date of judgment, according to the Certificate of Indebtedness and Promissory Note attached hereto as Exhibits A , B and C.

5. Written demand has been made upon defendant for the amount of this claim, but defendant has failed and refused to make payment thereof.

Wherefore, plaintiff demands judgment against defendant in the amount of $9,071.31, plus interest at the rate of 6.1 percent per annum from January 12, 2006 to the date of judgment, and interest at the legal rate from the date of judgment until paid in full, for cost of suit and other proper relief.

DATED February 27, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

By: _____
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar No. 9083-E56R
Attorney for Plaintiff
P.O. Box 197
Montgomery, AL   36101-0197
Telephone:  (334) 223-7280
Facsimile:  (334) 223-7201
E-Mail: **rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing Complaint with the Clerk of the Court by hand delivery, and that I have mailed, by United States Postal Service, a copy of same to Deanne L. Haynes, defendant, at the following address:

Deanne L. Haynes
2269 Eastern Blvd., Apt. 126
Montgomery, AL   36117-1551

By: _____
R. RANDOLPH NEELEY
Assistant United States Attorney

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS**

Deanne L. Haynes
2269 Eastern Blvd. Apt 126
Montgomery, AL 36117-1551

SSN:  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

I certify that Department of Education records show that the borrower named above is indebted
to the United States in the amount stated below plus additional interest from 01/10/06.

On or about 04/10/96, the borrower executed promissory note(s) to secure loan(s) of $2,625.00
and $2,897.00, from the U.S. Department of Education at a variable interest rate to be
established annually.   This loan was made by the Department under the William D. Ford
Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as
amended, 20 U.S.C. 1087a et. seq. (34 CFR Part 685).  The Department demanded payment
according to the terms of the note(s), and the borrower defaulted on the obligation on 03/09/97.
 The Department has credited $0.00 from all sources, including Treasury Department offsets, if
any to the balance.  After application of these payments, the borrower now owes the United
States the following:

| | |
|---|---|
| Principal | $5,690.86 |
| Interest: | $3,360.45 |
| Administrative/Collection Costs: | $20.00 |
| Late Fees: | $0.00 |
| Total debt as of 01/10/06: | $9,071.31 |

Interest accrues on the principal shown here at the rate of rate of 6.10% per annum and a daily
rate of $.95 through June 30, 2006 and thereafter at such rate as the Department establishes
pursuant to section 455 of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087d.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and
correct.

Executed on:  _2/2/06_

Name:  _____
Title:    Loan Analyst
Branch:  Litigation

Jessica Liu
Loan Analyst



# William D. Ford Federal Direct Loan Program
## U.S. Department of Education

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

OMB No. 1840-0667
Form Approved
Exp. Date 06/30/96

**Federal Direct Stafford/Ford Loan**
**Federal Direct Unsubsidized Stafford/Ford Loan**
**Promissory Note and Disclosure**

*Section A: To Be Completed By The Borrower*

1. Name (last, first, middle initial) and Address (street, city, state, zip code)
HAYNES, DEANNE L

850 SOUTH 16TH STREET 850

BIRMINGHAM, AL 35205-0000

IMAGE-RECORDS
APR 15 1996
61

2. Social Security Number
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
3. Date of Birth
11/08/70
4. Area Code/Telephone Number
(205) 975-4547
5. Driver's License Number (List state abbreviation first.)
AL-5826300

6. References: You must list two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or legal guardian.

| | 1. | 2. |
|---|---|---|
| Name | Linda Kennedy | Willie Johnson |
| Permanent Address | 7319 Fairway Dr | 360 Mooreland Rd |
| City, State, Zip Code | Montgomery, AL | Montgomery, AL 36104 |
| Area Code/Telephone Number | (334) 288-9710 | (334) 264-0103 |

*Section B: To Be Completed By The School*

7. School Name
UNIVERSITY OF ALABAMA-BIRMINGHAM

8. Loan Period Approved   From: MM/DD/YY  To: MM/DD/YY
03/20/96      08/15/96

9. School Address (street, city, state, zip code)
1400 UNIVERSITY BLVD/ 317-HUC, BIRMINGHAM, AL 35294

10. School Code/Branch
G01052

The chart below shows anticipated disbursement amounts and dates. Actual amounts and dates may vary.

| | | Anticipated Disbursement Dates | Loan Amount Approved | Loan Fee Rate | Loan Fee Amount | Net Disbursement Amount | Interest Rate |
|---|---|---|---|---|---|---|---|
| Direct Subsidized Loan | 1st | 03/19/96 | $ 1313 | 4.00 | $ 52 | $ 1261 | VARIABLE |
| | 2nd | 06/06/96 | $ 1312 | 4.00 | $ 52 | $ 1260 | |
| | 3rd | / / | $ 0 | 4.00 | $ 0 | $ 0 | |
| | 4th | / / | $ 0 | 4.00 | $ 0 | $ 0 | |
| | Total | | $ 2625 | | $ 104 | $ 2521 | |
| Direct Unsubsidized Loan | | | | | | | |
| | Total | | | | | | |

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or loans") disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that I may cancel or reduce the size of my loan by refusing any disbursement that is issued to me. I certify that the total amount of loan that I receive under this Promissory Note will not exceed the allowable annual maximum or cumulative maximum under the Higher Education Act of 1965, as amended.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, even if I am advised not to read this Promissory Note. I am entitled to an exact copy of this Promissory Note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand

and agree to the terms and conditions of this Promissory Note. My signature on this Promissory Note will serve as my authorization for my loan proceeds to be credited to my student account by the school identified in Section B.

Under penalty of perjury, I certify that the information contained in the Borrower Section of this Promissory Note is true and accurate. The proceeds of this loan will be used for authorized educational expenses at the certifying school for the specified loan period. I certify that I do not owe a refund on a Federal Pell Grant, Basic Educational Opportunity Grant, Supplemental Educational Grant or a State Student Incentive Grant and that I am not now in default on any loan received under the Federal Perkins Loan Program (including National Defense Student Loans) or the Federal Family Education Loan Program, or if I am in default, I have made repayment arrangements that are satisfactory to the Secretary of the Department of Education.

11. Loan Identification Number(s)
282665691-S-96-G01052-1-01    01

I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.

12. Signature of Borrower   Deanne L. Haynes   4-10-96   Date

2625

04/01/96   12:07:43
SERVICER COPY



# William D. Ford Federal Direct Loan Program
## U.S. Department of Education

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

OMB No. 1840-0667
Form Approved
Exp. Date 06/30/96

**Federal Direct Stafford/Ford Loan**
**Federal Direct Unsubsidized Stafford/Ford Loan**
**Promissory Note and Disclosure**

### Section A: To Be Completed By The Borrower

**1. Name (last, first, middle initial) and Address (street, city, state, zip code)**

HAYNES, DEANNE L

850 SOUTH 16TH STREET 850

BIRMINGHAM, AL 35205-0000

IMAGE-RECORDS
APR 15 1996
61

**2. Social Security Number**
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

**3. Date of Birth**
11/08/70

**4. Area Code/Telephone Number**
(205) 975-4547

**5. Driver's License Number (List state abbreviation first.)**
AL-5826300

**6. References:** You must list two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or legal guardian.

| | 1. | 2. |
|---|---|---|
| Name | Linda Kennedy | Willie Johnson |
| Permanent Address | 7319 Fairway Dr | 360 Mooreland Ad |
| City, State, Zip Code | Montgomery AQ 36116 | Montgomery, AL |
| Area Code/Telephone Number | (334) 288-9710 | (334) 269-6103 |

### Section B: To Be Completed By The School

**7. School Name**
UNIVERSITY OF ALABAMA-BIRMINGHAM

**8. Loan Period Approved**  From: MM/DD/YY 03/20/96  To: MM/DD/YY 08/15/96

**9. School Address (street, city, state, zip code)**
1400 UNIVERSITY BLVD/ 317-HUC, BIRMINGHAM, AL 35294

**10. School Code/Branch**
G01052

The chart below shows anticipated disbursement amounts and dates. Actual amounts and dates may vary.

| | | Anticipated Disbursement Dates | Loan Amount Approved | Loan Fee Rate | Loan Fee Amount | Net Disbursement Amount | Interest Rate |
|---|---|---|---|---|---|---|---|
| Direct Subsidized Loan | | | | | | | |
| | Total | | | | | | |
| Direct Unsubsidized Loan | 1st | 03/19/96 | $ 1449 | 4.00 | $ 57 | $ 1392 | VARIABLE |
| | 2nd | 06/06/96 | $ 1448 | 4.00 | $ 57 | $ 1391 | |
| | 3rd | / / | $ 0 | 4.00 | $ 0 | $ 0 | |
| | 4th | / / | $ 0 | 4.00 | $ 0 | $ 0 | |
| | Total | | $ 2897 | | $ 114 | $ 2783 | |

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or loans) disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that I may cancel or reduce the size of my loan by refusing any disbursement that is issued to me. I certify that the total amount of loan that I receive under this Promissory Note will not exceed the allowable annual maximum or cumulative maximum under the Higher Education Act of 1965, as amended.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, even if I am advised not to read this Promissory Note. I am entitled to an exact copy of this Promissory Note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand

and agree to the terms and conditions of this Promissory Note. My signature on this Promissory Note will serve as my authorization for my loan proceeds to be credited to my student account by the school identified in Section B.

Under penalty of perjury, I certify that the information contained in the Borrower Section of this Promissory Note is true and accurate. The proceeds of this loan will be used for authorized educational expenses at the certifying school for the specified loan period. I certify that I do not owe a refund on a Federal Pell Grant, Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant or a State Student Incentive Grant and that I am not now in default on any loan received under the Federal Perkins Loan Program (including National Defense Student Loans) or the Federal Family Education Loan Program, or if I am in default, I have made repayment arrangements that are satisfactory to the Secretary of the Department of Education.

**11. Loan Identification Number(s)**

282665691-U-96-G01052-1-01   01

**I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.**

_Deanne L. Haynes_   4-10-96

12. Signature of Borrower          Date

2897

04/01/96   12:07:44
SERVICER COPY