AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE            District of    ALABAMA

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

V.

DEANNE L. HAYNES

CASE NUMBER: 2:06CV192-MHt

**RETURNED AND FILED**

MAR - 9 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of Defendant)

Deanne L. Haynes
2269 Eastern Blvd., Apt. 126
Montgomery, AL  36117-1551

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
U. S. Attorney's Office
One Court Square
P.O. Box 197
Montgomery, AL  36101-0197

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                           March 1, 2006

CLERK                                                 DATE

(By) DEPUTY CLERK

⚐AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                   Date              *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

RETURNED TO SENDER

2006 MAR -9  A 10:00

NOT DELIVERABLE AS ADDRESSED,
UNABLE TO FORWARD

CERTIFIED MAIL

7099 3400 0009 2321 0104

Deanne L. Haynes
2206 Eastern Blvd., Apt 126
Montgomery, AL 36117-1551

US OFFICIAL MAIL
$300 PENALTY
FOR PRIVATE USE

Hasler
$04.880
Mailed From 36104
03.01.2006
US POSTAGE

3-2-06

711