IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06CV192-MHT |
| DEANNE L. HAYNES, | ) |
| Defendant. | ) |

## REQUEST FOR SERVICE OF SUMMONS AND COMPLAINT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby requests this Honorable Court to enter an Order directing the U. S. Marshal to serve the Alias Summons and Complaint heretofore filed in this case, and as grounds therefor states:

1. On February 28, 2006, a Complaint was filed in the above-styled case in the U. S. District Court.

2. The Complaint was mailed to defendant on or about March 1, 2006, by certified mail, return receipt requested.

3. On March 9, 2006, the Complaint was returned to the Clerk's office as "unexecuted".

Inasmuch as plaintiff has been unsuccessful in serving defendant by mail, plaintiff hereby requests that the Court enter an Order directing the U. S. Marshal to personally serve defendant with the Alias Summons and Complaint.

Respectfully submitted this __17th__ day of March, 2006.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>BY: /s/ R. Randolph Neeley
>R. RANDOLPH NEELEY
>Assistant United States Attorney
>Bar No 9083-E56R

P. O. Box 197
Montgomery, Alabama 36101
Phone: (334) 223-7280
FAX:  (334) 223-7201