## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV192-MHT |
| | ) |
| DEANNE L. HAYNES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Request for Service of Summons and Complaint filed herein on March 17, 2006 (Doc. No. 5), being considered and understood by the Court, it is the Order of the Court that the same be and it is hereby GRANTED, and the U. S. Marshal is directed to personally serve defendant(s), Deanne L. Haynes, with the Alias Summons and Complaint.

DONE this 21st day of March, 2006.

                                             /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE