| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|---|
| **PLAINTIFF**<br>UNITED STATES OF AMERICA | | **COURT CASE NUMBER**<br>2:06CV192-MHT |
| **DEFENDANT**<br>DEANNE L. HAYNES | | **TYPE OF PROCESS**<br>Summons and Complaint |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Deanne L. Haynes

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2269 Eastern Blvd., Apt. 126, Montgomery, AL 36117-1551

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U. S. Attorney's Office
ATTN: D. Aldridge
P.O. Box 197
Montgomery, AL 36101-0197

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SSN: 5691
DOB: 1970

APR - 4 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
R. Randolph Neeley
TELEPHONE NUMBER: 334-223-7280
DATE: 3/16/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
119 N. Topping Ave (816)231-8103(h)
Kansas City, MO 64123  (800)955-2527 Ext 253(wk)

Date of Service: 3/27/06  Time: 3:10 pm

Signature of U.S. Marshal or Deputy
C.J. Tatom

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $6.68 | ∅ | $51.68 | ∅ | $51.68 | ∅ |

REMARKS:
ENDEAVOR 3/23/06, 15 miles R.T. — Subject no longer resides at given address. Apt. complex management advised subject moved prior to Christmas 2005, possibly to Missouri, specific location unknown.
3/27/06 Spoke w/ subject: Address is 119 N. Topping Ave Kansas City, MO 64123
home phone (816)231-8103 work # (800)955-2527 Ext 253

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)