IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:06CV192-MHT |
| | ) | |
| DEANNE L. HAYNES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE TO DISMISS COMPLAINT

The United States of America hereby gives notice of the voluntary dismissal of the complaint heretofore filed in this case.

DATED at Montgomery, Alabama, on April 10, 2006.

UNITED STATES OF AMERICA, PLAINTIFF

LEURA G. CANARY
United States Attorney


By: s/R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: **rand.neeley@usdoj.gov**