**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 11, 2006

# NOTICE OF VOLUNTARY DISMISSAL

Re:   United States of America v. Deanne L. Haynes
      Civil Action No. #2:06-cv-00192-MHT

Pursuant to the Notice of Dismissal filed by the Plaintiff on 4/10/2006, this case has been closed and removed from the docket of this court.